UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHRISTOPHER GLENN SEALY (#074078)**

**VERSUS**

**ASCENSION PARISH, ET AL.**

CIVIL ACTION

NO. 16-0264-JWD-EWD

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 30, 2017, to which no objection was filed:

**IT IS ORDERED** that the Motion for Summary Judgment of Defendants Jeffery F. Wiley and Sgt. Larry Moses (R. Doc. 12) is granted, dismissing Plaintiff's claims asserted against Defendants, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e).

**IT IS FURTHER ORDERED** that Plaintiff's claims asserted against the Parish of Ascension, the City of Donaldsonville and the Ascension Parish Jail are dismissed pursuant to 28 U.S.C. " 1915(e) and 1915A for failure to state a claim upon which relief may be granted, and that this action is dismissed.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>July 17, 2017</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA